■ EDWARD DE STEFANO, Respondent, v. JOHN F. NASH et al., as Trustees of the Property of LEHIGH VALLEY RAILROAD COMPANY, Appellants, and PENN CENTRAL TRANSPORTATION Co., Defendant.— In a negligence action to recover damages for personal injuries, defendant trustees appeal from an order of the Supreme Court, Kings County, dated May 9, 1972, which denied their motion to dismiss the action for failure to serve a complaint, pursuant to CPLR 3012 (subd. [b]), on condition that plaintiff submit an affidavit of merits and serve a complaint within 30 days after service of a copy of the order with notice of entry. Order reversed, in the exercise of discretion, with $10 costs and disbursements, and motion to dismiss the complaint granted. The summons was served two days before the three-year Statute of Limitations would have barred the action; and the motion to dismiss was made about 10 months after the service of appellants' notice of appearance demanding service of a complaint. No complaint was served until after the motion to dismiss the complaint was made. In the absence of any showing to excuse the failure to serve a complaint within a reasonable time and in the absence of an affidavit showing that the action has merit, Special Term should have granted the motion to dismiss unconditionally (*Kroner* v. *Flora*, 35 A D 2d 835; *Bamford* v. *Kaunitz*, 37 A D 2d 682; *Powell* v. *Becker Truck Renting Corp.*, 20 A D 2d 573). Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Brennan, JJ., concur.

■ MARY FIORELLI, Appellant, v. CITY OF NEW YORK et al., Respondents.— In a negligence action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Kings County, entered February 11, 1972, in favor of defendants, upon the trial court's dismissal of the complaint at the close of plaintiff's case at a jury trial. Judgment affirmed, with one joint bill of costs to respondents appearing separately and filing separate briefs. No opinion. The decision and order of this court, both dated November 15, 1972, which granted appellant's motion to exclude the brief of respondent St. Leonard's Roman Catholic Church, are hereby withdrawn and vacated; and said motion is denied. Said brief was accepted and considered by this court on the appeal. Hopkins, Acting P. J., Gulotta, Christ and Brennan, JJ., concur; Benjamin, J., dissents and votes to reverse and to grant a new trial, with the following memorandum: In my opinion, plaintiff's proof raised a jury question as to defendants' responsibility for the condition which caused her fall and as to their negligence in creating that condition or in permitting it to remain. Hence, it was error to dismiss the complaint on the law at the close of plaintiff's proof.